## UNITED STATES
### v.
## TWO BOATS AND SUNDRY GOODS CLAIMED BY NORTHWEST COMPANY

1806

JOURNAL ENTRIES

1. Leave to file libel granted . . . . . . *Journal, infra,* *p. 13
2. Property claimed; bond ordered. . . . . . .     "    13
3. Bond filed . . . . . . . . . . . .     "    14
4. Leave to take depositions, generally, granted . . . .     "    14
5. Consent rule for appraisal, etc., entered . . . . .     "    14
6. Rule to answer granted . . . . . . . . . .     "    15
7. Evidence taken; depositions filed; case argued . . .     "    18
8. Words of previous entry ordered erased . . . . .     "    22
9. New argument heard . . . . . . . . . . . .     "    27

10. Opinion, judgment and decree . . . . . *Journal, infra,* *p. 29
11. Appeal granted . . . . . . . . . . . " 30
12. Appeal bond approved and ordered filed . . . . . " 31

### PAPERS IN FILE

1. Answer and claim of Northwest Company . . . . *Printed in Vol. 2*
2. Inventory . . . . . . . . . . . . "
3. Deposition of Joseph La Belle . . . . . . . "
4. Commission to take testimony . . . . . . . "
5. Deposition of Ambrose Davenport . . . . . . "
6. Deposition of Daniel O. Dunham . . . . . . "
7. Deposition of John B. Tessord . . . . . . "
8. Deposition of David Mitchell . . . . . . "
9. Deposition of Germain Pothier . . . . . . . "
10. Testimony of Solomon Townsend and Gov. Hull . . "
11. Testimony of Capt. Brevoort . . . . . . "
12. Draft of opinion, judgment and decree . . . . . . . .